-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>v.                            )<br>                              )<br>VALDEMAR SALAZAR CAMBUNGA,   )<br>                              )<br>_____)<br>            Defendant. | Case No. CR.S-07-0248-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VALDEMAR SALAZAR CAMBUNGA, Case No. CR.S-07-0248-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $76,800.00 and/or the full available equity in property owned by the Defendant's mother.

   _X_ Unsecured Appearance Bond - $75,000.00 (interim bond)

   _X_ Appearance Bond with Surety

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) The secured bond paperwork is to be filed with the Court no later than 01/04/08, The Defendant is ordered release forthwith under a Unsecured Bond pending the filing of the secured bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/12/07 at 3:34 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge