```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-0248 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR |
| v. | DEFENDANTS BENJAMIN SANTOS CASTRO, OSCAR CAMPOS PADILLA, ALVARO |
| MARIO DIAZ, et al., | GOMEZ, and VALDEMAR CAMBUNGA |
| Defendants. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorneys Jason Hitt and William S. Wong, and defendants Benjamin SANTOS CASTRO, by and through his counsel Scott Cameron, Esq., Oscar CAMPOS PADILLA, by and through his counsel Paul Meltzer, Esq., Alvaro GOMEZ, by and through his counsel Thomas Johnson, Esq., and Valdemar CAMBUNGA, by and through his counsel Candace Fry, Esq., stipulate and agree that the existing status conference date of June 13, 2011, should be vacated. The parties further stipulate and agree that a status conference should be set for May 9, 2011, at 8:30 a.m. for defendants Benjamin SANTOS CASTRO, Oscar CAMPOS PADILLA, Alvaro GOMEZ, and Valdemar CAMBUNGA.

  The status conference is needed because the June 13, 2011 status conference date for these defendants was premised upon waiting for the conclusion of the trial set of the Group II defendants in April.  However, each of the Group II defendants have entered guilty pleas and there is no longer any reason to await the conclusion of that trial.  Accordingly, the parties respectfully request that the Court set a status conference date for the remaining four defendants in this case on May 9, 2011, because it should achieve a more efficient setting of trial dates or resolution of the case for these remaining defendants.

                  Respectfully Submitted,

                  BENJAMIN B. WAGNER
                  United States Attorney

DATED:  April 5, 2011    By: /s/Jason Hitt
                  JASON HITT
                  WILLIAM S. WONG
                  Assistant U.S. Attorneys

DATED:  April 5, 2011    By: /s/Jason Hitt
                  Authorized to sign for Mr.
                  SCOTT CAMERON, Esq. on 04-04-11
                  Attorney for Benjamin SANTOS CASTRO

DATED:  April 5, 2011    By: /s/Jason Hitt
                  Authorized to sign for Mr.
                  Paul Meltzer on 04-04-11
                  PAUL MELTZER, Esq.
                  Attorney for Oscar CAMPOS PADILLA

DATED:  April 5, 2011    By: /s/Jason Hitt
                  Authorized to sign for Mr.
                  Johnson on 04-05-11
                  THOMAS JOHNSON, Esq.
                  Attorney for Alvaro GOMEZ

DATED:   April 5, 2011            By:   /s/Jason Hitt
                                         Authorized to sign for Ms.
                                         Fry on 04-04-11
                                         CANDACE FRY, Esq.
                                         Attorney for Valdemar
                                         CAMBUNGA

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. A status conference in this matter for defendants Benjamin SANTOS CASTRO, Oscar CAMPOS PADILLA, Alvaro GOMEZ, and Valdemar CAMBUNGA is set for May 9, 2011, at 8:30 a.m.; and

2. The previously-set status conference date for these defendants of June 13, 2011, is VACATED.

**IT IS SO ORDERED.**

DATED: April 5, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE