CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: c.fry@att.net

Attorney for VALDEMAR S. CAMBUNGA,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>VALDEMAR SALAZAR CAMBUNGA,<br><br>            Defendant. | No. 2:07CR00248-WBS<br><br>**REQUEST FOR ORDER AND ORDER EXONERATING BOND** |

On or about January 8, 2008, a $76,800.00 appearance bond, secured by a Deed of Trust to the Salinas real property of joint tenants Zulema Cambunga and Alma Gonzales was posted on behalf of defendant Valdemar S. Cambunga in the within matter.  On July 11, 2011, Mr. Cambunga was sentenced by this Court to time served.

Accordingly, it is now requested that the secured appearance bond be exonerated and that the Clerk of the District Court be directed to reconvey back to the Trustors that Deed of Trust received by the Clerk on or about January 8, 2008.

Dated: July 12, 2011                              */s/ Candace A. Fry*
                                                            CANDACE A. FRY,  Attorney for
                                                            VALDEMAR S. CAMBUNGA, Defendant

**O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $76,800.00 posted by Zulema Cambunga and Alma Gonzales, secured by real property located in Salinas, California, is hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be transmitted to the Trustors at the property address contained in the Deed of Trust.

Dated:  July 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE